FRANK R. CARSWELL *vs.* RICHARD PATZOWSKI, Owner or reputed owner.

*Mechanic's Lien—Scire Facias ; Service of—Sheriff's Return—Statute ; Construction of—Practice.*

Under the statute (*Rev. Code, 820*) providing for the service of a *scire facias* upon a mechanic's lien, service must be made upon the defendant, also copy left with some person residing in the building if occupied as a place of residence; and if not so occupied it shall be affixed upon the door or other front part of such building.

(*September 18, 1902.*)

LORE, C. J. and SPRUANCE and BOYCE, J. J., sitting.

*Herbert H. Ward* for plaintiff.

*Robert H. Richards* and *William S. Hilles* for defendant.

(Special appearance for the purpose of making a motion).

Superior Court, New Castle County, September Term, 1902.

SCIRE FACIAS UPON A MECHANIC'S LIEN (No. 9, September Term, 1902).

Motion to quash and set aside the service and return of the *scire facias* issued in the above stated cause.

The sheriff's return was as follows :

" Made known personally to Richard Patzowski, owner or reputed owner, July 1st, 1902. So answers Samuel A. McDaniel, Sheriff."

*Mr. Hilles :*—This is a *scire facias* upon a mechanic's lien. The statute (*Rev. Code, 820*) providing for service of this writ, says : The said writ shall be served in the same manner as other writs of *scire facias*, upon the defendant therein named, if he can

be found within the county ; and a copy thereof shall be left with some person residing in the building, if occupied as a place of residence ; but if not so occupied, it shall be the duty of the sheriff to affix a copy of such writ upon the door or other front part of such building.

The statute having provided for the mode of service, and it being a proceeding *in rem,* with a possibility of the copy being served upon some one else other than the defendant named in the case, there is a strong reason why the statute should be construed strictly.

*50 Md., 226 (232).*

LORE, C. J. :—The statute requires two things to be done ; the return of service shows that but one thing was done, viz., service on the defendant. We make the order to vacate the return of the sheriff.